█ RALPH REED, Respondent, v. WILLIAM KOSTYNIOK, Appellant.— In an action to recover for goods sold and delivered, the appeal is from an order denying a motion to dismiss the complaint on the grounds (1) that it does not state facts sufficient to constitute a cause of action (Rules Civ. Prac., rule 106, subd. 4), and (2) that the contract on which the cause of action is founded is unenforcible under the provisions of subdivision 1 of section 31 of the Personal Property Law (Rules Civ. Prac., rule 107, subd. 7). Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.

█ GEORGE R. RILEY, Appellant, v. EVERETT W. COX et al., Respondents. — In an action pursuant to article 15 of the Real Property Law to determine adverse claims to a parcel of real property, the appeal is from a judgment entered after trial before an Official Referee adjudging, *inter alia,* that respondent Cox has valid title and that appellant is barred from asserting a claim thereto. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.